## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## SHREVEPORT DIVISION

| | |
|---|---|
| JERMAINE ANDERSON | CIVIL ACTION NO. 24-cv-1520 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| WOODREAL ESTATES 506, LLC, ET AL. | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE** for lack of subject-matter jurisdiction and pursuant to 28 U.S.C. § 1915(e)(2).

**THUS DONE AND SIGNED,** in Shreveport, Louisiana this 3rd day of December, 2024.

_____
UNITED STATES DISTRICT JUDGE